# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D24-0008
LT Case No. 2011-CF-000778

_____

MICHAEL G. MCSWAIN, II,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Nassau County.
James H. Daniel, Judge.

Michael G. McSwain, II, Lowell, pro se.

No Appearance for Appellee.

April 2, 2024

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., LAMBERT and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____